UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-67 (PJS/SGE)

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM MICHAEL HASLACH,

Defendant.

**RESTITUTION STIPULATION**

The United States of America and the defendant, William Michael Haslach, by and through the parties' respective attorneys, have stipulated to restitution as follows:

1. On April 30, 2026, the defendant pleaded guilty to Count 1 of the Superseding Indictment which charged him with production of child pornography, in violation of 18 U.S.C. § 2251(a). (Dkt. No. 61.)

2. As set forth in paragraph 12 of the plea agreement, the defendant agreed to pay restitution to each of the minor victims and to reflect the full amount of each victim's losses pursuant to 18 U.S.C. §§ 3663A and 2259. (*Id.* ¶ 12.) The parties did not specify individual victims in the plea agreement as the government was still collecting victim restitution requests.

3. The defendant hereby stipulates and agrees to pay restitution to twelve minor victims in the following amounts:

| No. | Victim | Series | Information for Payment | Restitution Amount |
|---|---|---|---|---|
| 1 | April | Aprilblonde | Information provided to U.S. Probation and Clerk's Office | $3,000 |
| 2 | Maria | Best Necklace | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 3 | Henley | BluePillow | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 4 | Jane Doe | Braid & Tile | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 5 | Chelsea | 2crazygurls | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 6 | Jenny | Jenny | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 7 | Candice | MarbleSink | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 8 | Sarah | Marineland1 | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 9 | Raven | Teal&PinkPrincess2 | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 10 | Alex | RCA | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 11 | Tara | Sweet White Sugar | Information Provided to U.S. Probation and Clerk's Office | $3,000 |
| 12 | Sloane | Tara | Information Provided to U.S. Probation and Clerk's Office | $3,000 |

4. The United States supports these agreements regarding the resolution of the victims' restitution requests.

5. The defendant agrees that restitution payments shall be made to the Clerk of the Court, U.S. District Court for the District of Minnesota, Minneapolis, Minnesota. The Clerk shall make appropriate payment to the victims at the addresses identified directly to the Clerk's Office. The defendant also agrees that the full amount of restitution is to be due and payable

immediately upon sentencing with a payment schedule to be determined by the Court.

6. The defendant agrees he will notify the Clerk of the Court and the U.S. Attorney's Office, Financial Litigation Unit, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, within 30 days of (a) any change of name, residence or mailing address; and (b) any material change in economic circumstances that affects his ability to pay restitution.

7. The parties further agree that no delinquent or default penalties will be imposed, except upon order of the Court.

8. If the defendant is working during any period of incarceration, he will make quarterly payments of no less than $25 (if he is working non-UNICOR) or he will pay no less than 50% of his monthly earnings (if he is working UNICOR), towards his restitution obligation until such time as the full restitution amount is paid.

9. The defendant agrees that if he has not satisfied the full restitution obligation prior to his release from any term of imprisonment, beginning 30 days after his release he will make payments in an amount to be set by U.S. Probation based on the defendant's ability to pay and the surrounding circumstances.

10. The parties respectfully request that the Court enter judgment reflecting the stipulations contained herein.

DANIEL N. ROSEN
United States Attorney

Date: 8/23/2026

Will Mattessich

BY: William C. Mattessich
Assistant United States Attorney

Date: 7-27-26

William Haslach

William Michael Haslach
Defendant

Date: 7/27/26

Justin Duffy
Counsel for Defendant